

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-25-2011

# Mukash Kumar Patel v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-1554

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Mukash Kumar Patel v. Atty Gen USA" (2011). *2011 Decisions.* Paper 1330.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1330

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 16, 2011

No. <u>10-1554</u>

MUKASH KUMA MANEKLAL PATEL,
                                                    Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
                                                    Respondent

(BIA-1: A074-586-999 )


Present:  BARRY, HARDIMAN and STAPLETON, <u>Circuit Judges</u>


    Motion filed by Respondent Atty Gen USA to publish the opinion filed on 02/24/11.

                              Respectfully,
                              Clerk/trg


_____ORDER_____
The foregoing Motion is GRANTED.  The designation of the opinion in this matter as precedential does not alter the Court's previously issued judgment.  As such the filing date of the judgment and the decision remain unchanged.


                              By the Court,

                              <u>/s/ Thomas M. Hardiman</u>
                              Circuit Judge


Dated:  April 25, 2011
CJG/cc: Matthew B. George, Esq.
       Dawn S. Conrad, Esq.
       Harold D. Block, Esq.